1
2
3
4
5
6
7
8                          IN THE UNITED STATES DISTRICT COURT
9                        FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| POWERTEQ, LLC, a Delaware limited liability company, | No. C-15-2626 MMC |
| Plaintiff, | **ORDER DIRECTING DEFENDANT TO SUBMIT CHAMBERS COPY OF DOCUMENTS IN COMPLIANCE WITH CIVIL LOCAL RULES AND COURT'S STANDING ORDERS; DIRECTING DEFENDANT TO NOTICE MOTION TO DISMISS OR TRANSFER IN COMPLIANCE WITH CIVIL LOCAL RULES** |
| v. | |
| ASHRAF MOTON, an individual | |
| Defendant.              / | |

United States District Court / For the Northern District of California

   On November 23, 2015, defendant Ashraf Moton electronically filed an answer to plaintiff's complaint and, in addition, a motion to dismiss or transfer the above-titled action. Defendant has violated the Civil Local Rules of this District and the Court's Standing Orders, however, by failing "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'." See Civil L.R. 5-1(e)(7); see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

   Defendant is hereby ORDERED to comply with Civil Local Rule 5-1(e)(7) and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced documents. Defendant is hereby advised that if he fails in the future to comply with the Court's Standing Orders to provide a chambers copy of each electronically filed document, the Court may impose sanctions, including, but not limited to, striking from the

1 record any electronically filed document for which a chambers copy has not been timely
2 provided to the Court.
3 　　　　Further, with respect to defendant's motion to dismiss or transfer, filed November
4 23, 2015, defendant has violated an additional Civil Local Rule, specifically, the rule
5 requiring that "motions be . . . noticed in writing not less than 35 days after filing of the
6 motion."  See Civil L.R. 7-2(a).  Defendant's motion fails to include any hearing date, and,
7 although defendant caused a notation to be placed on the docket stating "Motion Hearing
8 set for 12/18/2015 09:00 AM" (see Document No. 23), said notation does not comply with
9 Rule 7-2(a), as December 18, 2015 is only twenty-five days from the date on which the
10 motion was filed.
11 　　　　Defendant is hereby ORDERED to file, no later than December 9, 2015, a notice of
12 motion in which the motion to dismiss or transfer is set for hearing on a Friday at least 35
13 days after November 23, 2015.
14 　　　　**IT IS SO ORDERED.**
15
16 Dated:  December 2, 2015

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
17 　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge