IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POWERTEQ, LLC, a Delaware limited liability company,<br><br>          Plaintiff,<br>     v.<br><br>ASHRAF MOTON, an individual<br><br>          Defendant.                                  / | No. C-15-2626 MMC<br><br>**ORDER DENYING IN PART AS PREMATURE AND REFERRING IN PART TO MAGISTRATE JUDGE PLAINTIFF'S MOTION TO COMPEL AND FOR SANCTIONS; VACATING HEARING** |

Before the Court is plaintiff's "Motion to Compel Production of Documents and in the Alternative for Sanctions," filed January 31, 2016.  Having read and considered the motion, the Court rules as follows.

To the extent the motion seeks imposition of sanctions, the motion is hereby DENIED as premature.

To the extent the motion seeks an order compelling the production of documents, the motion, and all further discovery matters, are hereby REFERRED to a Magistrate Judge pursuant to Civil Local Rule 72-1, to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.  In the event the Magistrate Judge grants plaintiffs' request for discovery in full or in part, the Magistrate Judge may, if he or she deems it appropriate, modify the briefing schedule set forth in the Court's order of January 7, 2016.

After the parties have met and conferred, <u>see</u> Civil L.R. 37-1, the parties shall prepare a joint letter of not more than 5 pages explaining the discovery dispute.  Up to 12 pages of attachments may be added.  The joint letter must be electronically filed under the Civil Events category of "Motions and Related Filings > Motions - General > Discovery Letter Brief."  The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed.  The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing.  After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures.

The March 25, 2016, hearing before the undersigned is hereby VACATED.

**IT IS SO ORDERED.**

Dated:  February 5, 2016

_____
MAXINE M. CHESNEY
United States District Judge